# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

154622(71)

PATRICIA MERCHAND,
       Plaintiff-Appellee,

v

RICHARD L. CARPENTER, M.D.,
       Defendant-Appellant,

and

MID-MICHIGAN EAR, NOSE,
AND THROAT, P.C.,
       Defendant.
_____/

SC: 154622
COA: 327272
Ingham CC: 12-001343-NH

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before November 17, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2017

_____
Clerk